FILED
2017 Aug-23 AM 09:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| THANH HAI LE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:17-cv-01131-MHH-SGC |
| JEFF SESSIONS, et al., | ) ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On July 5, 2017, petitioner Thanh Hai Le filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Vietnam. (Doc. 1). On August 7, 2017, the respondents filed a motion to dismiss Mr. Le's petition. (Doc. 6). In the motion, the respondents explain that Mr. Le's petition is moot because ICE released him from custody on July 27, 2017, pursuant to an order of supervision. (*Id.* at 1; Doc. 6-1, pp. 1-2).

Because Mr. Le has been released from custody, the Court no longer can provide meaningful relief. Thus, the Court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the Court will grant the respondents' motion.

The Court will enter a separate final order.

**DONE** and **ORDERED** this August 23, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE